ALICE RYAN, Respondent, v. ACME BACKING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after entry of order. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ALICE RYAN, Respondent, v. ACME BACKING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MAURICE J. CROSS and Another, Copartners, etc., Respondents, v. FEDERAL SNAP FASTENER CORPORATION and Others, Impleaded with HERMAN BASCH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, excluding examination as to items 3, 4 and 5 of the notice. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

LOUISE DIEBOLD, Respondent, v. ABRAHAM BERLOWITZ and Others, Impleaded with ELIZABETH N. BRYANT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STEPHEN McQUADE, an Infant, by STEPHEN McQUADE, His Guardian ad Litem, Respondent, v. NATHAN SCHWEITZER Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STEPHEN McQUADE, Respondent, v. NATHAN SCHWEITZER Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. UNITED DREDGING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. RAYMOND A. PERRY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JOHN W. McCARTHY v. ALFONSO FERRENTINO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SORRO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO RESTIVA and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD E. STANLEY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.